U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP 17 2021
AT _____ O'CLOCK _____
John M. Domurad, Clerk - Albany

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Shacon Eggsucare ) Plaintiff(s)
)
vs. )
)
United States Secret Service ) Defendant(s)
)

Civil Case No.: 1:21-CV-1029 GTS/CFH

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: ✓ JURY  ___ COURT  (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Shacon Eggsucare
   Address: 85 Mohawk St
   Cohoes NY 12047

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: United States Secret Service
   Official Position: Government
   Address: 245 Murray Ln SW - BLDG-T-5
   Washington, DC 20223

a. Defendant: Federal Bureau of Investigation

Official Position: _____

Address: 935 Pennsylvania Avenue, NW Washington DC, 20535-1001

b. Defendant: Albany Police Department

Official Position: _____

Address: 165 Henry Johnson Blvd Albany, NY 12210

a. Defendant: Albany County District Attorney's office

Official Position: _____

Address: 6 Lodge St. #401 Albany, NY 12207

b. Defendant: Department of Homeland Security

Official Position: _____

Address: office of the executive secretary MS 0525 2707 Martin Luther King JR Ave SE Washington DC 20585-0525

a. Defendant: Troy Police Department
   Official Position:
   Address: 55 state st
            Troy NY 12180

b. Defendant: Rennsselaer County District Attorney
   Official Position:
   Address: 80 2nd st
            Troy NY 12180

a. Defendant: Central Intelligence Agency
   Official Position:
   Address: Litigation Division office of General Counsel
            Central Intelligence Agency
            Washington DC 20505

b. Defendant:
   Official Position:
   Address:

b. Defendant: _____

   Official Position: _____

   Address: _____
   _____
   _____

c. Defendant: _____

   Official Position: _____

   Address: _____
   _____
   _____

Additional Defendants may be added on a separate sheet of paper.

4.                               **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

_See Attached_

_____
_____
_____
_____
_____
_____

5.                          CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

_____

_____

_____

_____

### SECOND CAUSE OF ACTION

_____

_____

_____

_____

### THIRD CAUSE OF ACTION

_____

_____

_____

_____

_____

6.  **PRAYER FOR RELIEF**

   WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

   _See Attached_

   _____

   _____

   _____

   I declare under penalty of perjury that the foregoing is true and correct.

   DATED: _9/17/21_

   _[signature]_
   _____
   Signature of Plaintiff(s)
   (all Plaintiffs must sign)

02/2010

Hello, my name is Shawn Eggsware, I am filing a civil lawsuit in Regards to the fact that I have reported all such crimes to such agencies

1. Murder
2. Attempted Murder
3. Conspiracy to committ murder
4. Kidnapping
5. Conspiracy to commit the act of Kidnapping
6. Robbery
7. Attempted Robbery
8. Conspiracy to commit Robbery
9. Fraud
10. Forgery
11. Identity Theft
12. Embezzlement
13. Conspiracy to defraud and embezzle from the United States Government
14. I have witnessed people manipulate ATM machines.
15. I have witnessed people manipulate banks.

I have also witnessed crimes being committed with science and technology that the United States hasn't even made laws for or has and I do not have access to those laws. Some of these laws should also be considered war crimes. I am just being blocked from access to information. I also have had my life and my family's life threatened on multiple occasions so I'm really just a sitting duck waiting for the Government to do something about such crimes. I have reported all such crimes in the appropriate manner. I will also be asking for information under their investigation under the Freedom of Information Act. I am suing for the smallest amount available by law. I more or less want the government to press charges and pursue criminal actions against such people. Also, I am trying to do this in a way that doesn't piss the government off. I don't want them harassing me, I'm just trying to get the information that I have to the correct agencies and to get them to do what is right. The fact that not one of these agencies has even called me would warrant a lawsuit. The fact that no investigation is being done would also warrant a lawsuit. The fact that no charges have been pressed would also warrant a lawsuit.

*[Signature: Shawn Eggsware]*

9-17-21

Shawn Eggsware

      Pertaining to the governmental agencies (CIA, FBI, Homeland Security and the secret service) I could be incorrect as to whom to sue and whom not to. I do not know the inner workings of the United States Government. I definitely don't want their money or the backlash of suing these people, the purpose is to get them to do their jobs in protecting me and my freedoms. I clearly witnessed people robbing banks and embezzling money from the United States government and also witnessed humans doing other stuff with science and technology that would definitely threaten the United States of America if put in the wrong hands. Also pertaining to the bigger agencies for the United States Government, I would like access under the Freedom of Information Act as in to some of the things that people are doing. I am being blocked from access to all information that I am seeking.

9-17-21

*[signature: Shawn Eggsware]*